UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN OMAR RAMIREZ RIVAS,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden,<br>Otay Mesa Detention Center, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-994-RSH-DDL<br><br>**ORDER GRANTING PETITION<br>FOR WRIT OF HABEAS CORPUS** |

On February 17, 2026, petitioner Juan Omar Ramirez Rivas filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* at 4.

On February 27, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

//

//

//

//

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Juan Omar Ramirez Rivas before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***seven (7) days*** of this order. The hearing set for March 12, 2026 is **VACATED**.

**IT IS SO ORDERED**.

Dated: February 27, 2026

Robert S Huie
_____
Hon. Robert S. Huie
United States District Judge

2

26-cv-994-RSH-DDL